

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 SEP 25  PM 1: 37

DEPUTY CLERK_____

| | |
|---|---|
| DEWEY MACK EVANS, § | |
| Petitioner, § | |
| v. § | 2:10-CV-201 |
| WILLIAM STEPHENS, Director, § Texas Department of Criminal Justice § Correctional Institutions Division, § | |
| Respondent. § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT and MOTION TO AMEND RULE 60(b) MOTION FOR RELIEF FROM JUDGMENT

Came for consideration petitioner's "Motion for Relief from Judgment" filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and Petitioner's "Motion to Amend Rule 60(b) Motion for Relief from Judgment," filed February 9, 2015 and February 24, 2015, respectively. On September 9, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's motions be denied. On September 25, 2015, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's Rule 60(b) motion for relief from judgment and motion to amend the Rule 60(b) motion are DENIED.

IT IS SO ORDERED.

ENTERED this 25th day of September 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE